# Court of Appeals
# of the State of Georgia

ATLANTA,___June 25, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14A1526.  PARTITIONS, INC. v. FRANKLIN TRELL, et al.

Partitions, Inc., filed an action against numerous defendants.  On April 23, 2013, the trial court dismissed the case as to individual defendants Franklin Trell and Cynthia Vinson.  However, Partition's claims against the various corporate defendants remained pending.  Partitions then filed this direct appeal.  We lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment."  (Punctuation and citation omitted.)  *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  Here, although the trial court dismissed Partitions's claims against the individual defendants, its claims against the corporate defendants remain pending.  Therefore, the challenged order is not a final order, and it is appealable only through the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b).  See id.  Because Partitions has failed to comply with those procedures, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/25/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*